IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jonathan Sexton, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv26 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Jim Neil, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 20, 2014 (Doc. 29), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 6, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the motion of defendants Jones and Smucker for judgment on the pleadings pursuant to Rule 12 ( c ) on all claims brought again them (Doc. 22) are **GRANTED.**

All claims against defendants Jones and Smucker are **DISMISSED.**

Plaintiff's claim(s) against defendant Sheriff Neil are the only ones left.

IT IS SO ORDERED.

                                                               ___s/Susan J. Dlott_____
                                                               Chief Judge Susan J. Dlott
                                                               United States District Court