IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jonathan Sexton, :
:
    Plaintiff(s), :
: Case Number: 1:14cv26
    vs. :
: Judge Susan J. Dlott
Jim Neil, et al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 27, 2015 (Doc. 42), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 13, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the motion for summary judgment (Doc. 32) by defendant Sheriff Neil is **GRANTED.**  This case is hereby **DISMISSED** and **TERMINATED.**

IT IS SO ORDERED.

                                                                                  ___s/Susan J. Dlott_____
                                                                                 Judge Susan J. Dlott
                                                                                 United States District Court